**Ida Mae CAUSEY et al.**

v.

**H. Olin WILLIAMS et al.**

Court of Appeals of Kentucky.

March 26, 1954.

E. R. Gregory, Bowling Green, for appellants.

B. G. Davidson, Bowling Green, for appellees.

PER CURIAM.

On motion to reconsider a per curiam order dismissing an appeal for lack of juris-

diction because the value of the real estate involved was deemed fixed at $200, it is ordered that the motion be granted.

The case is now before us on motion for an appeal under KRS 21.080. The value of the real estate involved is less than $2,500, and, this court being satisfied that the judgment is correct, the motion for an appeal is dismissed and the judgment is affirmed.